IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEVEN DORSEY, | : | |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-CV-3879 |
| CYNTHIA L. DAUB, ET AL., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this _____ day of February, 2011, upon consideration of the Motion to Dismiss filed by Commonwealth Defendants Cynthia L. Daub, Jeffrey A. Beard, David Goode, David DiGuglielmo, Ken Cameron, Mary Camino, Sandra Gerula, Richard Hamor, and Chrisy Richers (Doc. 17) and Plaintiff's Response in Opposition thereto (Doc. 22), **IT IS HEREBY ORDERED and DECREED** that Defendants' Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that, upon consideration of Motion to Dismiss filed by Defendant Gerald McCormick (Doc. 20) and Plaintiff's Response in Opposition thereto (Doc. 22), **IT IS HEREBY ORDERED and DECREED** that Defendant's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with **PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/S/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**